CGFD10 (7/15/20)



**ORDERED in the Southern District of Florida on November 16, 2020**

**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 20−22497−EPK

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Stuart Roy Miller
3421 NW 25th Terrace
Boca Raton, FL 33434

SSN: xxx−xx−0878

### ORDER SETTING SUBCHAPTER V STATUS CONFERENCE, CLAIMS BAR DATE, AND DEADLINE FOR ELECTIONS UNDER 11 U.S.C. §1111(b)

The above−referenced debtor has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code. To further the expeditious and economical resolution of this case, it is

**ORDERED:**

1. **Status Conference.** The Honorable Erik P. Kimball will hold the status conference required by 11 U.S.C. §1188 on **January 7, 2021**, at **01:30 PM by TELEPHONE through CourtSolutions LLC.** To participate through CourtSolutions LLC, you must make a reservation in advance no later than 3:00 p.m., one business day before the date of the hearing. Reservations should be arranged online at https://www.court−solutions.com. If a party is unable to register online, a reservation may also be made by telephone at (917) 746−7476. The Debtor, counsel for the Debtor, and the Subchapter V Trustee must appear at the status conference.

2. **Section 1188(c) Report.** At least 14 days before the date of the status conference, the Debtor must file the report required by 11 U.S.C. §1188(c), and serve that report on the Subchapter V Trustee, the United States Trustee, and all creditors and other parties in interest.

3. **Claims bar date.** The deadline for entities other than governmental units to file proofs of claim or interest is **January 22, 2021**.

4. **Plan Deadline.** The deadline to file a plan is **February 11, 2021** unless the Court extends the deadline for reasons that are attributable to circumstances for which the Debtor should not justly be held accountable.

5. **Deadline for 1111(b) election.** Any secured creditor that wishes to make an election under 11 U.S.C. §1111(b) must do so no later than **14 days** after the Debtor files a plan.

6. **Service.** The Debtor is directed to serve a copy of this Order on the Subchapter V Trustee, the United States Trustee, all creditors, and all other parties in interest, and to file a certificate of service as required by Local Rule 2002–1(F).

### #