United States Bankruptcy Court
Southern District of Florida

In re:                                                                                          Case No. 20-22497-EPK
Stuart Roy Miller                                                                    Chapter 11
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 113C-9      User: eisenberg      Page 1 of 3
Date Rcvd: Nov 17, 2020      Form ID: 309E2      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stuart Roy Miller, 3421 NW 25th Terrace, Boca Raton, FL 33434-3405 |
| aty | + | Heidi A Feinman, Office of the US Trustee, 51 SW 1 Ave #1204, Miami, FL 33130-1614 |
| tr | + | Tarek Kirk Kiem, PO Box 541325, Greenacres, FL 33454-1325 |
| 95958337 | + | 125 Group LLC, 420 WEST ROYAL PALM ROAD, Boca Raton, FL 33432-4742 |
| 95958338 | | Abigail Miller, 2878 NW 24th, Boca Raton, FL 33431 |
| 95958340 | + | An Eye Toward Retirement, LLC, 2714 Bee Cave Road, Suite 204, Austin, TX 78746-5682 |
| 95958341 | + | Applied Revenue Analytics, 4102 S. 31st Street, Suite 500, Temple, TX 76502-3300 |
| 95958342 | + | Blankenship Keith, 4020 University Drive, suite 300, Fairfax, VA 22030-6802 |
| 95958344 | + | Bryan Kastleman, 2714 Bee Cave Road, No. 204, Austin, TX 78746-5682 |
| 95958346 | + | Child Support Enforcement, Attn: Bankruptcy, Po Box 8030, Tallahassee, FL 32314-8030 |
| 95958347 | + | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 95958368 | + | Denials Recovery Group, Inc., 3421 NW 25th Terrace, Boca Raton, FL 33434-3405 |
| 95958350 | + | Eagles Landing Night Owls, 7600 Lyons Rd,, Coconut Creek,, FL 33073-3503 |
| 95958351 | + | Eleanor T. Barnett, Esq., 3250 Mary Street, Suite 102, Miami, FL 33133-5232 |
| 95958353 | + | Freidman and Fischler, 1000 S Andrews Ave, Ft Lauderdale, FL 33316-1038 |
| 95958354 | + | Hill Country Hillside, Ltd, Walter V. Williams Attorney, 114 W. 7th St., Suite 1100, Austin, TX 78701-3015 |
| 95958358 | + | JG Family Trust, a Texas, Irrevocable Trust as Assigned to Hill, Country Hillside Ltd., 7044 Colchester Park, Manassas, VA 20112-4058 |
| 95958359 | + | Kastleman & Associates, Inc., 2714 Bee Cave Road, Suite 204, Austin, TX 78746-5682 |
| 95958362 | + | Radius Global Solutions, Attn: Bankruptcy, 7831 Glenroy Rd, Ste 250, Edina, MN 55439-3117 |
| 95958363 | + | River Retreat 1228, LLC, 2714 Bee Cave Road, Suite 204, Austin, TX 78746-5682 |
| 95958364 | + | Shackelford, Bowen, McKinley &, Norton LLP, 111 Congress Ave, Suite 1070, Austin, TX 78701-4073 |
| 95958365 | + | Shakelford Bowen McKinley & Norton LLP, 9201 N Central Expressway, Fourth Floor, Dallas TX, TX 75231-6033 |
| 95958366 | + | Southeast Financial LLC, 4000 N Federal Way, Boca Raton, FL 33431-4566 |
| 95958367 | | Susan Miller, 2478 Carmela Way, D, Delray Beach FL, FL 33434 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ltitus@furrcohen.com | Nov 18 2020 00:59:00 | Robert C Furr, Esq, 2255 Glades Rd #301E, Boca Raton, FL 33431 |
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | Nov 18 2020 00:59:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2020 01:01:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Nov 18 2020 01:02:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 95958339 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 18 2020 01:00:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 95958343 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | Nov 18 2020 01:14:37 | Bmw Financial Services, Attn: Bankruptcy, Po Box 3608, Dublin, OH 43016 |
| 95958345 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 18 2020 01:14:29 | Capital One, Attn: Bankruptcy, Po Box 30285, |

| District/off: 113C-9 | User: eisenberg | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2020 | Form ID: 309E2 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0285 |
| 95958348 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 18 2020 01:04:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 95958349 | + | Email/Text: mrdiscen@discover.com | Nov 18 2020 01:00:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 95958352 | + | Email/Text: OGCBankruptcy@floridarevenue.com | Nov 18 2020 00:59:00 | Florida Department of Revenue, 5050 West Tennessee Street, Tallahassee, FL 32399-0100 |
| 95958360 | + | Email/Text: M74banko@daimler.com | Nov 18 2020 01:04:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262-0685 |
| 95958361 | | Email/Text: legalservices@pbctax.com | Nov 18 2020 01:02:00 | Palm Beach County Tax Collector, P.O. Box 3715, West Palm Beach, FL 33402-3715 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 95958357 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Department of the Treasury, RAIVS Team, Stop 91, P. O. Box 47-421, Atlanta, GA 30362 |
| 95958356 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Unit, POB 17167, STOP 5760, Fort Lauderdale, FL 33318 |
| 95958355 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2020          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Heidi A Feinman | on behalf of U.S. Trustee Office of the US Trustee Heidi.A.Feinman@usdoj.gov |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robert C Furr, Esq | on behalf of Debtor Stuart Roy Miller ltitus@furrcohen.com atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;staff1@furrcohen.com |
| Tarek Kirk Kiem | trustee@kiemlaw.com  tarek.kiem@gmail.com,ctk11@trustesolutions.net |

District/off: 113C-9         User: eisenberg         Page 3 of 3
Date Rcvd: Nov 17, 2020     Form ID: 309E2          Total Noticed: 36
TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Stuart Roy Miller**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0878<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Southern District of Florida** | | Date case filed for chapter   **11**   **11/13/20** |
| Case number:   **20–22497–EPK** | | |

# Notice of Chapter 11 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code.**
**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See boxes 8 and 10 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**
**To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**
Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.
**WARNING TO DEBTOR: WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE TO TIMELY PAY FILING FEE INSTALLMENTS, FAILURE TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS, AND FOR FAILURE TO FILE PRE–BANKRUPTCY CERTIFICATION OF CREDIT COUNSELING OR FILE WAGE DOCUMENTATION.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Stuart Roy Miller | |
| 2. | **All Other Names Used in the Last 8 Years** | | |
| 3. | **Address** | 3421 NW 25th Terrace<br>Boca Raton, FL 33434 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and address | Robert C Furr Esq<br>2255 Glades Rd #301E<br>Boca Raton, FL 33431 | Contact phone  (561) 395–0500 |
| 5. | **Bankruptcy Trustee**<br>Name and address | Tarek Kirk Kiem<br>PO Box 541325<br>Greenacres, FL 33454 | Contact phone  561–600–0406 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Flagler Waterview Bldg<br>1515 N Flagler Dr #801<br>West Palm Beach FL 33401 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact phone (561) 514–4100 |
| | | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | **Note:** Pursuant to Administrative Order 2020–07, until further notice the clerk's office is CLOSED to the public for in–person filings.<br><br>Clerk of Court:  **Joseph Falzone**<br>Dated: **11/17/20** |
| 7. | * **MEETING OF CREDITORS** *  December 7, 2020 at 11:00 AM | | ***MEETING WILL BE HELD BY TELEPHONE*** |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee:  Office of the US Trustee**<br>Call in number:  866–915–4419<br>Participant Code:  6071331 |

Local Form 309E2 USBC SDFL (For Individuals or Joint Debtors under Subchapter V) (03/30/2020)     Notice of Chapter 11 Bankruptcy Case     page 1

| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. Writing a letter to the court or judge is not sufficient. See box 10 for more information. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3)<br><br>or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | **Filing deadline for complaint under §1141(d)(3):** First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints:  02/05/2021** |
|---|---|---|---|
| | **When Filing Proofs of Claim:**<br>Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **Deadline for filing proof of claim:   1/22/21**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. The deadline for filing objections to claims will be established pursuant to Local Rule 3007–1(B)(1).<br><br>**Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | For a governmental unit:  **5/12/21** |
| | | **Deadline to object to exemptions:**<br>The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors, or within 30 days of any amendment to the list of supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) and Local Rule 4003–1(B) for converted cases. |
| 9. | **Filing a Chapter 11 Bankruptcy Case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| 10. | **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, the discharge of debtor may not be issued until all requirements for discharge have been completed. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline in box 8. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. Prior to receiving a discharge, the debtor must file and serve the Local Form "Notice of Deadline to Object to Debtor's Statement Re: 11 U.S.C. §522(q)(1) Applicability, Payment of Domestic Support Obligations, and [For Chapter 11 Cases Only] Applicability of Financial Management Course and Statement Regarding Eligibility to Receive a Discharge", as required under Local Rule 4004–3(A)(4). | |
| 11. | **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| 12. | **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |