UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Stuart Roy Miller,  Case No. 20-22497-EPK

    Debtor.  Chapter 7

_____/

### NOTICE OF RULE 2004 REQUEST FOR DOCUMENTS

PLEASE TAKE NOTICE THAT creditor, Hill Country Hillside, Ltd ("Creditor"), by and through undersigned counsel, requests production of documents described on **Schedule A** from debtor Stuart Roy Miller pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1. Pursuant to Local Rule 2004-1 no order shall be necessary.

Stuart Roy Miller is directed to deliver to undersigned counsel for the Creditor documents responsive to the requests set forth in Schedule A attached hereto on or before 3:00 p.m. on January 28, 2021; provided that, the documents responsive to the first request should be provided to undersigned counsel at the same time such documents are provided to Chad S. Pavia, the Chapter 7 Trustee for Denials Recovery Group, Inc. which will be on or before January 27, 2021.

Dated: January 14, 2021    Respectfully submitted,

    KOZYAK TROPIN & THROCKMORTON, LLP
    *Counsel for Hill Country Hillside, Ltd*
    2525 Ponce de Leon, 9th Floor
    Coral Gables, FL 33134
    Telephone: (305) 372-1800
    Facsimile: (305) 372-3508

    By: */s/ Corali Lopez-Castro*
        Corali Lopez Castro
        Florida Bar No. 863830
        clc@kttlaw.com
        Bernice C. Lee
        Florida Bar No. 0073535
        blee@kttlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing is being served this day (i) via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notices of Electronic Filing in this bankruptcy case and (ii) via U.S. Mail to all parties on the attached service list.

                                                                                                                                                                              By:  /s/ *Corali Lopez-Castro*
                                                                                                                                                                                 Corali Lopez-Castro

## SERVICE LIST

**VIA U.S. MAIL**

JRS Health Services LLC,
c/o Stuart, Miller as Registered Agent
3421 NW 25TH Terrace
Boca Raton, FL 33434

HMMSRM, LLC
c/o Henry Miller as Registered Agent
3421 NW 25TH Terrace
Boca Raton, FL 33434

HMMCGM LLC
c/o Henry Miller as Registered Agent
3421 NW 25TH Terrace
Boca Raton, FL 33434

## SCHEDULE "A"

## DEFINITIONS OF TERMS

1. "Debtor" means Stuart Roy Miller, and all of his agents, attorneys, accountants, employees, representatives, and any other person or entity acting or purporting to act on his behalf.

2. "Document" or "document" or "Documents" or "documents" is used in its broadest sense and refers to the original, or any copy thereof if the original is not available, in native format, of any electronically stored information (including accompanying system and file metadata), printed, written, typed, photocopied, photographic, or recorded matter, however produced or reproduced, of every kind and description, currently or formerly in the possession, custody, care, or control of you or your past and present attorneys. Representative examples of Documents include but are not limited to email correspondence, text messages, Word documents, Excel spreadsheets, QuickBooks files, paper documents, notebooks, voicemail recordings, photographs, video recordings, and system metadata associated with stored electronically stored information. The term "Document" or "Documents" also includes copies containing information in addition to that contained in the original, or similar copies of electronically stored information with differing metadata or SHA-1 or MD5 hash values.

3. "DRG" means Denials Recovery Group, Inc.

4. "Person" or "Persons" means any natural person, company, corporation, partnership, proprietorship, trust, firm, association, company and joint venture whether public or private, as well as any governmental agency, division or department.

5. "You" and "your" refers to Stuart Roy Miller, and all of his agents, attorneys, accountants, employees, representatives, and any other person or entity acting or purporting to act on his behalf.

## INSTRUCTIONS

1. In responding to this request, you must make a diligent search of your Documents, as defined above, and to furnish information that is available to you or subject to your reasonable inquiry. Please note that the definition of Documents expressly includes electronically stored information, papers or materials in you or your representatives', agents', attorneys' or affiliates' possession, custody, or control, and that you are required to search electronically stored information hosted on cloud networks, computers, email accounts, data systems, or social media as part of your reasonable inquiry.

2. "And" and "or" shall be construed disjunctively or conjunctively as necessary in order to bring within the scope of this request to produce all responses that might otherwise be construed to be outside its scope.

3.	The singular number and masculine gender as used herein shall embrace, and be read and applied as, the plural or the feminine or the neuter, as the circumstances may make appropriate, and in order to make the request inclusive rather than exclusive.

4.	Documents produced in response to this request should reflect in some manner the numbered requests to which they are responsive. Documents called for by this request, but withheld because of a claim of privilege or other objection, must be identified in the following respects: (a) the numbered request to which the document is responsive; (b) the document's title and general subject matter, along with a general description of the native format of the document (*e.g.*, Word document, Excel spreadsheet, Adobe PDF file); (c) the document's date of creation and last access; (d) the document's author; (e) the person or persons for whom the document was prepared and/or the person or persons to whom the document was sent; and (f) the specific nature of the privilege or objection claimed.

5.	This request for Documents is continuing and you are requested to supplement its responses hereto.

6.	In the event that any document requested herein is not presently in your possession or subject to your control, please identify each person you have reason to believe had or has knowledge of its contents.

7.	In the event that any document called for by a request has been destroyed or discarded, please identify that document by stating: (a) any address or any addressee; (b) any indicated or blind copies; (c) the document's date, subject matter, number of pages, and attachments or appendices; (d) all persons to whom the document was distributed, shown or explained; (e) its date and destruction or discard, manner of destruction or discard, and reason for destruction or discard; and (f) the persons authorizing or carrying out such destruction or discard.

8.	In producing Documents requested herein, you shall produce Documents in full, without abridgment, abbreviation, and expurgation of any sort.

**DOCUMENTS TO BE PRODUCED**

1. All Documents and other items requested by Chad S. Pavia, Chapter 7 Trustee for DRG, in the Notice of Taking Rule 2004 Examination Duces Tecum filed on January 11, 2021 [ECF No. 41].

2. All Documents relating to any payments provided to The Zarasai Group since November, 2016 through the present date, including but not limited to the two payments in the amount of $3,950 provided on or about September 8, 2020.

3. All Documents relating to the Debtor's ability to fund any proposed distributions under a chapter 11 plan, including but not limited to provide distributions on account of administrative claims, secured claims, priority claims, and unsecured claims.

4. All bank statements, back-up for deposits and withdrawals of any kind, signature cards, and account agreements for any type of financial account on which JRS Health Services LLC, HMMSRM, LLC and/or HMMCGM LLC had or has any interest, legal or equitable, from November, 2016 through the present date.

5. All Documents, including but not limited to email correspondence between the Debtor and Richard Falcha and/or Jeffrey Bishop, regarding the formation and/or purpose of JRS Health Services LLC.

6. All Documents, including but not limited to email correspondence between the Debtor and Richard Falcha and/or Jeffrey Bishop, regarding the Debtor's withdrawal or resignation as the managing member of JRS Health Services LLC.

7. All Documents, including but not limited to email correspondence, between the Debtor and any Person regarding the formation and/or purpose of HMMSRM, LLC.

8. All Documents, including but not limited to email correspondence between the Debtor and Howard Sperling, regarding the payment of attorneys' fees for the Debtor relating to the above-referenced bankruptcy case and the bankruptcy case of DRG.

9. All Documents relating to any financial account on which the Debtor had or has any interest, legal or equitable, or otherwise used personally, during the period of two years prior to November 13, 2020, issued by the financial institution indicating that such account is closed, including but not limited to the Bank of America account ending in 4272, Chase account ending in 9893, and Seacoast accounts ending in 4336 and 7451.