UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

STUART ROY MILLER

Case No. 20-22497-EPK
Chapter 11

Debtor.
_____/

## SUPPLEMENT TO RULE §1188(C) STATUS REPORT

Debtor-in-Possession, Stuart Roy Miller (the "Debtor"), pursuant to 11 U.S.C. § 1188(c) and the *Order Setting Subchapter V Status Conference, Claims Bar Date, and Deadline for Elections Under 11 U.S.C. §1111(b)* [ECF No. 6], by and through undersigned counsel, files this Supplement to the *Status Report* [ECF No.33] and states as follows:

1. On November 13, 2020, the Debtor filed a voluntary petition for relief under Chapter 11 subsection V of the Bankruptcy Code [ECF No 1].

2. The purpose of filing this Chapter 11 case was to obtain relief from personal guaranties resulting from the operations of the business and to restructure the debts with various creditors.

3. The Debtor has several priority and unsecured creditors.

4. The Debtor intends to propose a plan which pays off the priority DSO claim to the former wife and the priority Internal Revenue Service debt according to the treatment provided under 11 USC 1129 (a) (C) over 5 years and intends to propose a payment to unsecured creditors over 60 months of his net disposable income after payment in full of the priority debts.

5. The Debtor hopes to achieve a consensual plan with the help of the Sub V Trustee and will work in good faith with his creditors to obtain a consensual plan.

6. At the time of the filing, the Debtor had income from a consulting agreement and from a disability insurance policy. The company, with which the Debtor consulted, terminated the agreement and the disability insurance company is withholding his monthly payments despite having made monthly payments for many years.

7. The Debtor believes the insurance payment will be reinstated. The Debtor has obtained a new consulting agreement to replace the income lost, which will provide him income of $14,000 a month for one year with a termination right after 6 months. The Debtor believes this agreement will be renewed with this company.

8. The income from this consulting agreement minus Debtor's living expenses will result in the Debtor having about $4,400 a month on average to fund a Plan. If the Disability insurance company resumes paying its amount, there would be more for the Plan. The Debtor owes the DSO claim of about $196,000 and IRS priority Tax Claim # 4 of $101,863. The Debtor will try to negotiate a resolution of the DSO claim at a lesser amount and pay the IRS over the 60 months. If the disability income is resumed, the Debtor could make higher payments and perhaps pay some dividends to his unsecured creditors.

9. The Debtor is willing to provide a copy of his consulting agreement to counsel for creditors provided a non-disclosure agreement is executed and the creditors agree not to interfere with this relationship.

Respectfully submitted this 15th day of January 2021.

    FURR AND COHEN, P.A.
    *Attorneys for the Debtor*
    2255 Glades Road, Suite 301E
    Boca Raton, FL 33431
    (561) 395-0500/(561)338-7532-fax

    By __/s/*Robert C. Furr*_____

Robert C. Furr<br>
Florida Bar No. 210854<br>
E-mail: rfurr@furrcohen.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was served in the manner stated on this 15th day of January 2021, on the parties listed below.

BY:   */s/ Robert C. Furr*
          Robert C. Furr

**SERVED VIA CM/ECF TO ALL PARTIES REGISTERED WITH CM/ECF TO RECEIVE ELECTRONIC NOTICES:**

- **Alexandra D Blye**   ablye@carltonfields.com, kdemar@carltonfields.com;wpbecf@cfdom.net
- **Heidi A Feinman**   Heidi.A.Feinman@usdoj.gov
- **G Steven Fender**   steven.fender@fender-law.com, sramirez.fbp@gmail.com
- **Robert C Furr**   ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;staff1@furrcohen.com
- **Tarek Kirk Kiem**   trustee@kiemlaw.com, tarek.kiem@gmail.com,ctk11@trustesolutions.net
- **Corali Lopez-Castro**   clc@kttlaw.com, rcp@kttlaw.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Chad S. Paiva**   trustee.paiva@gmail.com, sramirez.fbp@gmail.com;ecf.alert+Paiva@titlexi.com
- **Bradley S Shraiberg**   bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;dlocascio@slp.law;pmouton@slp.law

**SERVED VIA U.S. MAIL ON THE PARTIES LISTED ON THE COURT'S OFFICIAL MAILING MATRIX AND ON THE MANUAL NOTICE PARTIES LISTED BELOW:**

**Manual Notice List**

**BMW Bank of North America, c/o AIS Portfolio Services, LP**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Walter V. Williams**
Thomas Williams McConnell PLLC
114 W. 7th Street, Ste 1100
Austin, TX 78701


Attached Official Court Matrix Case No. 20-22497-EPK

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 20-22497-EPK<br>Southern District of Florida<br>West Palm Beach<br>Fri Jan 15 12:13:06 EST 2021 | APPLIED REVENUE ANALYTICS, LLC<br>c/o Alexandra D. Blye<br>Carlton Fields, PA<br>525 Okeechobee Blvd, Suite 1200<br>West Palm Beach, FL 33401-6350 | BMW Bank of North America, c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Hill Country Hillside, Ltd.<br>c/o Corali Lopez-Castro<br>Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd., 9th Floor<br>Miami, FL 33134-6039 | Office Depot<br>Bradley S. Shraiberg<br>Shraiberg, Landau & Page, PA<br>2385 NW Executive Center Dr.<br>Suite 300<br>Boca Raton, FL 33431-8530 | 125 Group LLC<br>420 WEST ROYAL PALM ROAD<br>Boca Raton, FL 33432-4742 |
| Abigail Miller<br>2878 NW 24th<br>Boca Raton, FL 33431 | Ally Financial<br>Attn: Bankruptcy<br>Po Box 380901<br>Bloomington, MN 55438-0901 | (p)BRYAN KASTLEMAN<br>2714 BEE CAVE ROAD NO 204<br>AUSTIN TX 78746-5682 |
| Applied Revenue Analytics<br>4102 S. 31st Street<br>Suite 500<br>Temple, TX 76502-3300 | BMW Financial Services Attn: Customer Accoun<br>5550 Britton Parkway<br>Hilliard, OH 43026-7456 | Blankenship Keith<br>4020 University Drive<br>suite 300<br>Fairfax, VA 22030-6802 |
| (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Chad S. Paiva, Ch. 7 Trustee in Bankruptcy f<br>c/o Fender, Bolling and Paiva, P.A.<br>P.O. Box 1545<br>Ft. Lauderdale, FL 33302-1545 | Child Support Enforcement<br>Attn: Bankruptcy<br>Po Box 8030<br>Tallahassee, FL 32314-8030 | Citibank<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 | Denials Recovery Group, Inc.<br>3421 NW 25th Terrace<br>Boca Raton, FL 33434-3405 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | Eagles Landing Night Owls<br>7600 Lyons Rd,<br>Coconut Creek,, FL 33073-3503 | Eleanor T. Barnett, Esq.<br>3250 Mary Street, Suite 102<br>Miami, FL 33133-5232 |
| Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399-0100 | Freidman and Fischler<br>1000 S Andrews Ave<br>Ft Lauderdale, FL 33316-1038 | Hill Country Hillside, Ltd<br>Walter V. Williams Attorney<br>114 W. 7th St.<br>Suite 1100<br>Austin, TX 78701-3015 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JG Family Trust, a Texas<br>Irrevocable Trust as Assigned  to Hill<br>Country Hillside Ltd.<br>7044 Colchester Park<br>Manassas, VA 20112-4058 |

| | | |
|---|---|---|
| John B. Connor, P.L.C.<br>1033 North Fairfax Street, #310<br>Alexandria, VA 22314-1540 | John D. Long, JR., Trustee<br>8253-J Backlick Road<br>Lorton, IL 60654 | Mercedes-Benz Financial Services<br>Attn: Bankruptcy<br>Po Box 685<br>Roanoke, TX 76262-0685 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Palm Beach County Tax Collector<br>P.O. Box 3715<br>West Palm Beach, FL 33402-3715 | Radius Global Solutions<br>Attn: Bankruptcy<br>7831 Glenroy Rd, Ste 250<br>Edina, MN 55439-3117 |
| Shackelford, Bowen, McKinley &<br>Norton LLP<br>111 Congress Ave, Suite 1070<br>Austin, TX 78701-4073 | Shakelford Bowen McKinley & Norton LLP<br>9201 N Central Expressway<br>Fourth Floor<br>Dallas TX, TX 75231-6033 | SouthEast Financial, LLC<br>4000 N Federal Hwy #200<br>Boca Raton FL 33431-4527 |
| Southeast Financial LLC<br>4000 N Federal Way<br>Boca Raton, FL 33431-4566 | Susan Miller<br>2478 Carmela Way<br>D<br>Delray Beach FL, FL 33434 | Bryan Kastleman<br>c/o Corali Lopez-Castro<br>Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd., 9th Floor<br>Miami, FL 33134-6039 |
| Chad S. Paiva<br>6526 S. Kanner Highway, #376<br>Stuart, FL 34997-6396 | Robert C Furr Esq<br>2255 Glades Rd #301E<br>Boca Raton, FL 33431-7383 | Stuart Roy Miller<br>3421 NW 25th Terrace<br>Boca Raton, FL 33434-3405 |
| Tarek Kirk Kiem<br>PO Box 541325<br>Greenacres, FL 33454-1325 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| An Eye Toward Retirement, LLC<br>2714 Bee Cave Road, Suite 204<br>Austin, TX 78746 | Bmw Financial Services<br>Attn: Bankruptcy<br>Po Box 3608<br>Dublin, OH 43016 | (d)Bryan Kastleman<br>2714 Bee Cave Road, No. 204<br>Austin, TX 78746 |
| Internal Revenue Service<br>Department of the Treasury<br>RAIVS Team, Stop 91<br>P. O. Box 47-421<br>Atlanta, GA 30362 | (d)Internal Revenue Service<br>Insolvency Unit<br>POB 17167, STOP 5760<br>Fort Lauderdale, FL 33318 | (d)Kastleman & Associates, Inc.<br>2714 Bee Cave Road, Suite 204<br>Austin, TX 78746 |
| (d)River Retreat 1228, LLC<br>2714 Bee Cave Road, Suite 204<br>Austin, TX 78746 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)West Palm Beach                    End of Label Matrix
                                      Mailable recipients   45
                                      Bypassed recipients    1
                                      Total                 46
```