

ORDERED in the Southern District of Florida on January 19, 2021.

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                         Case No.: 20-22497-EPK

STUART ROY MILLER,                                   Chapter 7

    Debtor.
_____/

**AGREED ORDER GRANTING AGREED *EX PARTE* MOTION
FOR EXTENSION OF TIME TO FILE ADVERSARY COMPLAINT
AGAINST DEBTOR TO DETERMINE DEBT NON-DISCHARGEABLE
UNDER 11 U.S.C. §523(a) [ECF 47]**

THIS MATTER came before the Court in Chambers in West Palm Beach, Florida, upon the Agreed *Ex Parte* Motion for Extension of Time to File Adversary Complaint Against Debtor to Determine Debt Non-Dischargeable under 11 U.S.C. §523(a) filed by Chad S. Paiva (the "Trustee"), as Trustee in Bankruptcy for Denials Recovery Group, Inc. (the "Motion") [ECF 47].

The Court, having reviewed the Motion, having noted that the Movant has complied with

Local Rule 9013-1(C)(1) and (6), and the Court having noted that the parties agree to the entry of this order, and being otherwise fully advised in the premises does,

**ORDER:**

1. The Agreed *Ex Parte* Motion for Extension of Time to File Adversary Complaint against Debtor to Determine Debt Non-Dischargeable under 11 U.S.C. §523(a) filed by Trustee Chad S. Paiva, is **GRANTED**.

2. Trustee Chad S. Paiva shall have up through and including March 2, 2021 to file an adversary complaint against the Debtor, Stuart Roy Miller, to determine debt non-dischargeable under 11 U.S.C. §523(a).

###

Submitted by:

Submitted by:

G. Steven Fender, Esq.
Fender, Bolling, and Paiva, P.A.
P.O. Box 1545
Fort Lauderdale, Florida 33302
Telephone: (407) 810-2458
steven.fender@fender-law.com

Mr. Fender is instructed to serve copies of this Order on all parties in interest and to file a certificate of service that he has done so.