UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

In re:

STUART ROY MILLER,                               Case No.: 20-22497-EPK

      Debtor.                                        Chapter 11

_____/

**AGREED EX PARTE MOTION TO EXTEND DEADLINE TO FILE COMPLAINT OBJECTING TO THE DISCHARGEABILITY OF DEBTS**

Office Depot, Inc. ("Office Depot"), pursuant to the Fed. R. Bankr. P. 4007(c) and 9006(b), and Local Rule 9013-1(C)(6), respectfully requests that the Court extend the deadline to file a complaint objecting to the dischargeability of debts as set forth *infra*. In support of this request Office Depot states:

1. Stuart Roy Miller (the "Debtor") filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code on November 13, 2020. ECF No. 1.

2. Office Depot is a creditor of the Debtor. *See* Proof of Claim No. 11.

3. The current deadline to file a complaint objecting to the dischargeability of a debt under 11 § U.S.C. § 523(a), is February 5, 2021. ECF No. 9.

4. Office Depot has cross noticed a Fed. R. Bankr. P. 2004 examination of the Debtor for January 29, 2021. ECF No. 53. In light of this dynamic, Office Depot requests a modest extension of the dischargeability deadline, through March 2, 2021.

5. This extension is not being sought for purposes of delay and will not prejudice any interested party. Rather, it will enable Office Depot to conduct the Rule 2004 examination referenced *supra* and determine if a § 523 complaint is warranted in this case.

{1031/000/00516451}

6.  The undersigned avers that counsel for the Debtor consents to the relief requested herein.

**WHEREFORE**, Office Depot respectfully requests that this Court enter an order: (1) extending the deadline to object to the dischargeability of debts through and including March 2, 2021, and (2) providing for such further relief as the Court deems just and proper.

Dated January 27, 2021

        **SHRAIBERG, LANDAU & PAGE, P.A.**
        Attorneys for Office Depot
        2385 NW Executive Center Drive, Suite 300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        Email:  pdorsey@slp.law

        By: */s/ Patrick Dorsey*
            Patrick Dorsey, Esq.
            Fla. Bar. No. 0085841

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via CM/ECF Notice of Electronic Filing to all parties registered to receive electronic noticing in this case on January 27, 2021.

        By: */s/ Patrick Dorsey*
            Patrick Dorsey, Esq.

{1031/000/00516451}