

**ORDERED in the Southern District of Florida on January 28, 2021.**

Erik P. Kimball, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

In re:

STUART ROY MILLER,  Case No.: 20-22497-EPK

Debtor.  Chapter 11

_____/

**AGREED ORDER GRANTING AGREED EX PARTE MOTION
TO EXTEND DEADLINE TO FILE COMPLAINT
OBJECTING TO THE DISCHARGEABILITY OF DEBTS**

THIS MATTER came before the Court without hearing upon the *Agreed Ex Parte Motion to Extend Deadline to File Complaint Objecting to the Dischargeability of Debts* (the "Motion"), filed by Office Depot, Inc. ("Office Depot"). ECF No. 56.

The Court having reviewed the Motion and being otherwise advised, and upon the agreement of Office Depot and debtor in possession, Stuart Roy Miller, it is

**ORDERED AND ADJUDGED** as follows:

{1031/000/00516466}

1.        The Motion is **GRANTED**.

2.        The deadline for Office Depot to file a complaint objecting to the dischargeability of debts under 11 U.S.C. § 523 is **EXTENDED** through and including March 2, 2021.

# # #

SUBMITTED BY:

Patrick Dorsey, Esq.
**SHRAIBERG, LANDAU & PAGE, P.A.**
Attorneys for Office Depot
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

Patrick Dorsey, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

{1031/000/00516466}