**EXHIBIT "A"**

**LIQUIDATION ANALYSIS**

| ASSETS: | LIQUIDATION VALUE: |
|---|---|
| 2014 BMW 7401 | $0.00[1] |
| 2014 Kia Cadenza | $1,276.45[2] |
| Household furniture | $2,875.00 |
| Electronics | $ 450.00 |
| Equipment for sports and hobbies | $ 900.00 |
| Clothing | $ 500.00 |
| Jewelry | $200.00 |
| Checking accounts | $2,163.34[3] |
| Interest in businesses | unknown |
| Security Deposits | $6,877.00 |
| Potential Interest in Mother's Trust | unknown |
| Money Owed to Debtor from Nexteligent | $56,195.09 |
| Claims Against Third Party | unknown |
| Northwestern Mutual - Disability Benefits | unknown |
| Total Assets | $71,436.88 |

**LIABILITIES:**

PRIORITY

| | |
|---|---|
| Alimony owed to Abigail Miller | 102,345.65 |
| Child Support Enforcement | 41,556.35 |
| Internal Revenue Service | 101,863.33 |
| Total Priority Claims | $245,765.33 |

**There are insufficient assets to satisfy existing priority claims and therefore no assets available for any distribution to general unsecured creditors.**

Unsecured Claims:    14,487,917.39

---

[1] Fully secured
[2] Balance after deducting amount due to secured lender and $1,000 exemption
[3] Net balance after deducting $4,000 claimed exemption

1