|  | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 |
|---|---|---|---|---|---|---|---|
| Home Rent | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 |
| FPL | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 |
| Cable & Internet | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 |
| BMW payment | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 |
| Car insurance | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 |
| Kia Cadenza | $ 409.00 | $ 409.00 | $ 409.00 | $ 409.00 | $ 409.00 | $ 409.00 | $ 409.00 |
| Xfinity TV and Cable | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 |
| Verizon wireless | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 |
| Monthly food bill | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Child support | $ 841.00 | $ 841.00 | $ 841.00 | $ 841.00 | $ 841.00 | $ 841.00 | $ 841.00 |
| kids money for various items | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| Medication expenses | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| Monthly water Bill | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 |
| School costs | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| Netflix | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 |
| Fuel for cars | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| Clothing for daughter in highschool | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| Health and bueaty aides | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 |
| Monthly Expense | $ 8,148.50 | $ 8,148.50 | $ 8,148.50 | $ 8,148.50 | $ 8,148.50 | $ 8,148.50 | $ 8,148.50 |
| Montly net income | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 |
| Monthly balance for BK payments | $ 4,351.50 | $ 4,351.50 | $ 4,351.50 | $ 4,351.50 | $ 4,351.50 | $ 4,351.50 | $ 4,351.50 |

| Total monies to pay debt over 60 months | $ 328,726.00 |
|---|---|

| Gross monthly income | $ 14,000.00 |
|---|---|
| Montly Tax | $1,500.00 |
| Net Monthly income | $ 12,500.00 |

| Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 |
|---|---|---|---|---|---|---|---|---|---|
| $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 |
| $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 |
| $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 |
| $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 |
| $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 |
| $ 409.00 | $ 409.00 | $ 409.00 | $ 409.00 | $ 409.00 | $ - | $ - | $ - | $ - | $ - |
| $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 |
| $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 841.00 | $ 841.00 | $ 841.00 | $ 841.00 | $ 841.00 | $ 841.00 | $ 841.00 | $ 841.00 | $ 841.00 | $ - |
| $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 |
| $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 |
| $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 |
| $ 8,148.50 | $ 8,148.50 | $ 8,148.50 | $ 8,148.50 | $ 8,148.50 | $ 7,739.50 | $ 7,739.50 | $ 7,739.50 | $ 7,739.50 | $ 6,898.50 |
| $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 |
| $ 4,351.50 | $ 4,351.50 | $ 4,351.50 | $ 4,351.50 | $ 4,351.50 | $ 4,760.50 | $ 4,760.50 | $ 4,760.50 | $ 4,760.50 | $ 5,601.50 |

| Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 | Month 25 | Month 26 | Month 27 |
|---|---|---|---|---|---|---|---|---|---|
| $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 |
| $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 |
| $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 |
| $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 |
| $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 |
| $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 |
| $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 |
| $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 |
| $ 6,898.50 | $ 6,898.50 | $ 6,898.50 | $ 6,898.50 | $ 7,098.50 | $ 7,098.50 | $ 7,098.50 | $ 7,098.50 | $ 7,098.50 | $ 7,098.50 |
| $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 |
| $ 5,601.50 | $ 5,601.50 | $ 5,601.50 | $ 5,601.50 | $ 5,401.50 | $ 5,401.50 | $ 5,401.50 | $ 5,401.50 | $ 5,401.50 | $ 5,401.50 |

|  |  |  |  |  |  |  |  | $ 3,551.50 | $ 3,960.00 |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | $ 42,618.00 | $ 7,920.00 |

| Month 28 | Month 29 | Month 30 | Month 31 | Month 32 | Month 33 | Month 34 | Month 35 | Month 36 | Month 37 |
|---|---|---|---|---|---|---|---|---|---|
| $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 |
| $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 |
| $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 |
| $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ - | $ - |
| $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 |
| $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 |
| $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 |
| $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 |
| $ 7,098.50 | $ 7,098.50 | $ 7,098.50 | $ 7,098.50 | $ 7,098.50 | $ 7,098.50 | $ 7,098.50 | $ 7,098.50 | $ 6,349.50 | $ 6,349.50 |
| $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 |
| $ 5,401.50 | $ 5,401.50 | $ 5,401.50 | $ 5,401.50 | $ 5,401.50 | $ 5,401.50 | $ 5,401.50 | $ 5,401.50 | $ 6,150.50 | $ 6,150.50 |

| | | |
|---|---|---|
| $ 4,801.50 | $ 4,601.50 | $ 5,350.50 |
| $ 24,007.50 | $ 59,819.50 | $ 128,412.00 |

| Month 38 | Month 39 | Month 40 | Month 41 | Month 42 | Month 43 | Month 44 | Month 45 | Month 46 | Month 47 |
|---|---|---|---|---|---|---|---|---|---|
| $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 |
| $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 |
| $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 |
| $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 |
| $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 |
| $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 |
| $ 6,349.50 | $ 6,349.50 | $ 6,349.50 | $ 6,349.50 | $ 6,349.50 | $ 6,349.50 | $ 6,349.50 | $ 6,349.50 | $ 6,349.50 | $ 6,349.50 |
| $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 |
| $ 6,150.50 | $ 6,150.50 | $ 6,150.50 | $ 6,150.50 | $ 6,150.50 | $ 6,150.50 | $ 6,150.50 | $ 6,150.50 | $ 6,150.50 | $ 6,150.50 |

| Month 48 | Month 49 | Month 50 | Month 51 | Month 52 | Month 53 | Month 54 | Month 55 | Month 56 | Month 57 |
|---|---|---|---|---|---|---|---|---|---|
| $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 |
| $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 | $ 268.06 |
| $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 | $ 305.56 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 | $ 363.31 |
| $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 | $ 280.58 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 |
| $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 | $ 21.99 |
| $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 |
| $ 6,349.50 | $ 6,349.50 | $ 6,349.50 | $ 6,349.50 | $ 6,349.50 | $ 6,349.50 | $ 6,349.50 | $ 6,349.50 | $ 6,349.50 | $ 6,349.50 |
| $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 |
| $ 6,150.50 | $ 6,150.50 | $ 6,150.50 | $ 6,150.50 | $ 6,150.50 | $ 6,150.50 | $ 6,150.50 | $ 6,150.50 | $ 6,150.50 | $ 6,150.50 |

|  | Month 58 | Month 59 | Month 60 |  |
|---|---|---|---|---|
|  | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 |  |
|  | $ 268.06 | $ 268.06 | $ 268.06 |  |
|  | $ 360.00 | $ 360.00 | $ 360.00 |  |
|  | $ - | $ - | $ - |  |
|  | $ 305.56 | $ 305.56 | $ 305.56 |  |
|  | $ - | $ - | $ - |  |
|  | $ 363.31 | $ 363.31 | $ 363.31 |  |
|  | $ 280.58 | $ 280.58 | $ 280.58 |  |
|  | $ 500.00 | $ 500.00 | $ 500.00 |  |
|  | $ - | $ - | $ - |  |
|  | $ 200.00 | $ 200.00 | $ 200.00 |  |
|  | $ 100.00 | $ 100.00 | $ 100.00 |  |
|  | $ 75.00 | $ 75.00 | $ 75.00 |  |
|  | $ 100.00 | $ 100.00 | $ 100.00 |  |
|  | $ 21.99 | $ 21.99 | $ 21.99 |  |
|  | $ 200.00 | $ 200.00 | $ 200.00 |  |
|  | $ 100.00 | $ 100.00 | $ 100.00 |  |
|  | $ 75.00 | $ 75.00 | $ 75.00 |  |
|  | $ 6,349.50 | $ 6,349.50 | $ 6,274.50 |  |
|  | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | Grand Total to pay out |
|  | $ 6,150.50 | $ 6,150.50 | $ 6,225.50 | $ 328,726.00 |